UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60297-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

KERBY PATA
_____________________________/

# ORDER

THIS MATTER came before the Court for a hearing upon Defendant's third Motion to Continue Surrender date [D.E.# 56]. Pursuant to the ruling of the Court, it is ORDERED AND ADJUDGED that the aforementioned motion is hereby, GRANTED. Mr. Pata shall surrender as designated or in the alternative if there is no designation, report to the United States Marshal's Office by 2:00 PM on January 7, 2013.

DONE AND ORDERED in Miami, Florida on this 11 day of December, 2012.

KATHLEEN M. WILLIAMS
United States District Judge

Copies to: Counsel of Record
United States Marshal
U.S. Probation